USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA :
         - v. - :
EDWARD MEDRANO, :
            Defendant. :
------------------------------------X

ORDER

13 Cr. 242 (SAS)

     WHEREAS, with the consent of defendant EDWARD MEDRANO, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on May 23, 2014;

     WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court; and

     WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

     IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated:   New York, New York
         August 18, 2014

SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE
Southern District of New York