**Donald Yannella, P.C.**
Attorney at Law
Member of NY & NJ Bars
233 Broadway, Suite 2370
New York, NY  10279



Tel:  (212) 226-2883
Fax:  (646) 430-8379
nynjcrimlawyer@gmail.com

August 19, 2014

Hon. Shira Scheindlin
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

*[Handwritten: The August 25, 2014 sentencing is adjourned and rescheduled for October 28, 2014 at 4:30 pm. SO ORDERED. Shira A. Scheindlin, USDJ  8/19/14]*

Re:   US v Allie, Edward Alexis Medrano, et. al.
         13 Cr. 242 (SAS)

Dear Judge Scheindlin:

I am counsel for Edward Alexis Medrano, who is scheduled to be sentenced as a Career Offender on August 25, 2014, for conspiracy to distribute narcotics.

With the consent of AUSA Jared Lenow, I respectfully request that the sentencing be adjourned for sixty days.

The adjournment is necessary to adequately prepare for sentencing. A final PSR was received only yesterday, and numerous records that I requested from state and city agencies have not yet arrived in my office.  No prior requests have been made to adjourn this sentence.

Sincerely,

/s/

Donald J. Yannella, Esq.