**Donald Yannella, P.C.**
Attorney at Law
Member of NY & NJ Bars
233 Broadway, Suite 2370
New York, NY 10279

Tel: (212) 226-2883
Fax: (646) 430-8379
nynjcrimlawyer@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/14

October 21, 2014

Hon. Shira Scheindlin
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: US v Allie, Edward Alexis Medrano, et. al.
13 Cr. 242 (SAS)

Dear Judge Scheindlin:

I am counsel for Edward Alexis Medrano, who is scheduled to be sentenced on October 28, 2014.

With the consent of AUSA Jared Lenow, I respectfully request that the sentencing be adjourned for thirty days.

The adjournment is necessary to adequately prepare for sentencing. Mr. Medrano is a Career Offender, and I am still in the process of reviewing medical and court records that I obtained. The original sentence date was August 25, 2014, and my one prior request for an adjournment was granted.

Sincerely,

/s/

Donald J. Yannella, Esq.

---

*Handwritten annotation:*

The request for an adjournment is GRANTED.

The sentencing is scheduled for November 25, 2014 at 4:30 PM.

SO ORDERED.

10/21/14
Hon. Shira A. Scheindlin
U.S.D.J.