**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

United States District Court

Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: DEC 15 2014
```

Caption:

United States v.

Allie, et. al including Edward Alexis Medrano

Docket No.: 13 Cr. 242 (SAS)

Shira A. Scheindlin
(District Court Judge)

Notice is hereby given that Edward Alexis Medrano appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ☐ _____ (specify)
entered in this action on December 12, 2014.
(date)

This appeal concerns: Conviction only ☐ Sentence only ✓ Conviction & Sentence ☐ Other ☐

Defendant found guilty by plea ✓ | trial ☐ | N/A ☐

Offense occurred after November 1, 1987? Yes ✓ No ☐ N/A ☐

Date of sentence: December 1, 2014     N/A ☐

Bail/Jail Disposition: Committed ✓ Not committed ☐ N/A ☐

Appellant is represented by counsel? Yes ✓ No ☐   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Donald Yannella, PC |
| Counsel's Address: | 233 Broadway, Suite 2370 |
| | New York, NY 10279 |
| Counsel's Phone: | 212 226-2883 |
| Assistant U.S. Attorney: | Jared Lenow |
| AUSA's Address: | One St. Andrew's Plaza |
| | New York, NY 10007 |
| AUSA's Phone: | 212 637-1068 |

_____
Signature