**MANDATE**

N.Y.S.D. Case #
13-cr-0242-23(SAS)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of June, two thousand and fifteen,

_____

United States of America,

    Appellee,

v.

Mark Allie, AKA Capone, Jonathan Sambula, AKA Sealed Defendant 3, AKA Bula, Jose Vera, AKA Sealed Defendant 2, Luz Figueroa, AKA Sealed Defendant 24, AKA Destiny, AKA Lucy, Guillermo Ortiz, AKA Sealed Defendant 4, AKA Gordo, Michael Ortiz, AKA Sealed Defendant 5, AKA Fatz, Jamaine Taylor, AKA Sealed Defendant 6, AKA Maine, Rachel Diaz, AKA Gotti, Christian Fabre, AKA Sealed Defendant 8, AKA Blue, Damon Grooms, AKA Sealed Defendant 9, Robert Henderson, AKA Sealed Defendant 10, AKA Cain, Noel Feliciano, AKA Sealed Defendant 12, AKA Chuckie, AKA Bebo, Jose Aviles, AKA Sealed Defendant 13, AKA Abel, Andre Cunningham, AKA Sealed Defendant 14, AKA Drizz, Haranakk Dingle, AKA Sealed Defendant 15, AKA Pookie, Luis Guzman, AKA Sealed Defendant 16, AKA Fro, Zoa Briggs, AKA Sealed Defendant 17, AKA Blaze, Robert Torres, AKA Sealed Defendant 18, Darnell Hopkins, AKA Sealed Defendant 19, Gutierrez Gutierrez, AKA Sealed Defendant 20, AKA Dez, AKA Sati, Jason Lewis, AKA Sealed Defendant 21, Max Jordan, AKA Sealed Defendant 22, AKA Maxi, FNU LNU, AKA Sealed Defendant 25, AKA Kat, AKA Katherine Soriano, Michael McDuffie, AKA Sealed Defendant 26, David Wilson, AKA Sealed Defendant 27, Steve Ramsnamy, AKA Sealed Defendant 28,

    Defendants,

ORDER
Docket No. 14-4618

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 25, 2015

**MANDATE ISSUED ON 06/05/2015**

Edward Alexis Medrano, AKA Sealed Defendant 23, AKA Lex, Jonathan Mirabel, AKA Sealed Defendant 13, AKA Jose Lorenzo,

  Defendants - Appellants.

_____

  The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

  The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit